Hill, J.

**PIKE INDUSTRIES, INC. v. MIDDLEBURY ASSOCIATES, ET AL., No. 427-79**

**R. E. BEAN CONSTRUCTION COMPANY, INC. v. MIDDLEBURY ASSOCIATES, ET AL., No. 8-80**

February 11, 1980. The motion of R. E. Bean Construction Company, Inc., to consolidate these appeals pursuant to V.R.A.P. 3(c) is denied, the appeals to be argued jointly. The motions of Pitcher Associates, Inc., Triangle Sheet Metal, Inc., Berkeley, Inc., Joseph P. Carrara & Sons, Inc., and Frank T. Cody Company, Inc. for leave to file briefs amici curiae in these appeals are granted, and for leave to participate in oral argument are denied.

Billings, J.

**VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 50-79**

**VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 258-79**

February 13, 1980. The motion to hear these cases together is granted, and they may be briefed together.

**RUTLAND MUSIC SERVICE, INC. v. FORD MOTOR COMPANY, No. 70-79**

February 13, 1980. On or before March 3, 1980, the appellant shall file its printed case and appellant's brief and pay to the Clerk of this Court the sum of $250.00 as terms for the benefit of the appellee, or cause dismissed.

**IN RE GRIEVANCE OF VSEA, Meat Inspectors, Dept. of Agriculture, No. 289-79**

February 13, 1980. There being no final order as provided in V.R.A.P. 4, appeal is dismissed.

**TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 458-79**

February 13, 1980. Motion to waive the filing of printed case and to proceed on the original record is granted.

Billings, J.